UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| GARY PIPER, BRENDA PIPER,<br><br>　　　　　　　　　　Plaintiffs,<br><br>　　v.<br><br>JP MORGAN CHASE BANK NA, FNBO, JOHN DOE,<br><br>　　　　　　　　　　Defendants. | CASE NO. 2:20-cv-01247-JCC<br><br>**ORDER GRANTING APPLICATION TO PROCEED IN FORMA PAUPERIS** |

　　Plaintiff's application to proceed in forma pauperis (Dkt. 3) is **GRANTED** under 28 U.S.C § 1915(a)(1).  The Court recommends the complaint be reviewed under 28 U.S.C. § 1915(e)(2)(B) before issuance of summons.

　　The Clerk shall provide a copy of this Order to plaintiff and to the Honorable District Judge John C. Coughenour.

　　DATED this 9th day of September, 2020.

　　　　　　　　　　　　　　　　　　　　　_____
　　　　　　　　　　　　　　　　　　　　　BRIAN A. TSUCHIDA
　　　　　　　　　　　　　　　　　　　　　Chief United States Magistrate Judge

ORDER GRANTING APPLICATION TO
PROCEED IN FORMA PAUPERIS - 1